NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SECUREWAVE STORAGE SOLUTIONS, INC.,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

———————————

2020-2244

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00501.

-------------------------------------------------

**SECUREWAVE STORAGE SOLUTIONS, INC.,**
*Appellant*

**v.**

**MICRON TECHNOLOGY INC.,**
*Appellee*

**ANDREW HIRSHFELD, PERFORMING THE
FUNCTIONS AND DUTIES OF THE UNDER
SECRETARY OF COMMERCE FOR
INTELLECTUAL PROPERTY AND DIRECTOR OF
THE UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Intervenor*

———————————

2021-1194

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00932.

———————————

**JUDGMENT**

———————————

MATTHEW C. PHILLIPS, Laurence & Phillips IP Law, Washington, DC, argued for appellant. Also represented by KEVIN BRENT LAURENCE, DEREK MEEKER; CRAIG ROGERS, SIMPLE IP Law, P.C., Tualatin, OR.

ANDREW RYAN SOMMER, Greenberg Traurig, LLP, McLean, VA, argued for appellee Unified Patents, LLC. Also represented by ASHRAF FAWZY, JUNG HAHM, Unified Patents, LLC, Chevy Chase, MD.

MELANIE L. BOSTWICK, Orrick, Herrington & Sutcliffe LLP, Washington, DC, argued for appellee Micron Technology Inc. Also represented by JARED BOBROW, JEREMY JASON LANG, Menlo Park, CA; KRISTINA MCKENNA, Boston,

MA.

MCKAYE LEA NEUMEISTER, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by BRIAN M. BOYNTON, DANIEL TENNY; BENJAMIN T. HICKMAN, THOMAS W. KRAUSE, MONICA BARNES LATEEF, FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 16, 2021     /s/ Peter R. Marksteiner
Date                         Peter R. Marksteiner
                                Clerk of Court